USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2026

**Memo Endorsement:** Big Apple Collectibles, Corp. v. Dark Helmet LLC, et al. Case No.7:26-cv-06709-NSR

With the consent of the parties, the existing briefing schedule for Defendants' anticipated motion to dismiss is modified as follows:

• Virginia Defendants are to serve (not file) their moving papers on or before November 23, 2026;

• Plaintiff is to serve (not file) its opposition papers on or before December 28, 2026; and

• Virginia Defendants are to serve and file their reply papers on or before January 15, 2027.

All papers are to be filed on the reply date, January 15, 2027. The parties are directed to email one electronic copy of their papers and to mail one hard copy of their papers to Chambers as they are served.

Dated: October 16, 2026

White Plains, New York

SO ORDERED:

NELSON S. ROMÁN

United States District Judge, SDNY